Concurring opinion issued July 1, 2010

 

 



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-09-00303-CR

———————————

Norman Ray Baynes, Appellant

V.

The State of
Texas, Appellee



 



 

On Appeal from the 178th District Court

Harris County, Texas



Trial Court Case No. 1169102

 



 

CONCURRING MEMORANDUM  OPINION

          I
join the majority opinion and judgment and concur for the reasons set forth in
my concurring opinion of October 22, 2009, in Marshall v. State, No. 01-08-00734-CR, 2009 WL 3400977, at *4 (Tex.
App.—Houston [1st Dist.] Oct.
22, 2009, pet. ref’d) (Sharp, J., concurring).

 

                                                                   Jim
Sharp

                                                                   Justice


 

Panel consists
of Chief Justice Radack and Justices Bland and Sharp.  Justice Sharp, concurring.

 

Do
not publish.   Tex. R. App. P. 47.2(b).